**FILED**
December 7, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SUSAN DANE COSTORIO CASILLAS, ) <br> ) <br> Defendant. ) | Case No. 2:18MJ00241-AC-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __SUSAN DANE COSTORIO CASILLAS__, Case No. __2:18MJ00241-AC-2__, Charge __21USC § 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond $_____

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

  ✔ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 7, 2018__ at __2:00 pm__.

      By /s/ Allison Claire/s/ Allison Claire
         Allison Claire
         United States Magistrate Judge

Copy 2 - Court